IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 24-cr-00026 (APM) |
| | : | |
| | : | |
| TERRY TURNER, | : | |
| | : | |
| *Defendant*. | : | |

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRE-TRIAL DETENTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in support of its oral motion that the defendant, Terry Turner, be detained pending trial. The defendant is both a danger to the community and a risk of flight. The defendant has two prior convictions, eight pending cases, and 19 prior arrests. The defendant appears to be actively engaged in narcotics trafficking and rampant identity theft and access device fraud, all of which he is doing while armed. The defendant has actively fled from the police on at least two prior occasions, travels internationally, and has been caught with fraudulent passport cards bearing other people's identities.

Thus, the Government moves for detention pursuant to 18 U.S.C. § 3142(f)(1)(E) (as 18 U.S.C. § 922(n) (involves possession of a firearm while under indictment), and 18 U.S.C. § 3142(f)(2)(A) (Risk of Flight). The Government is prepared to proceed to argument at the Defendant's detention hearing on January 19, 2023. Under the Bail Reform Act, the Government may proceed by way of proffer. *See*, *e.g., United States v. Smith*, 79 F.3d 1208, 1210 (D.C. Cir. 1996); *United States v. Hong Vo*, 978 F. Supp. 2d 41, 42 (D.D.C. 2013). Pursuant to the facts, circumstances, and authorities presented herein and at the detention hearing, the defendant should be detained.

**FACTUAL BACKGROUND**

On March 3, 2023, MPD officers were dispatched to the intersection of 15th Street NE and Benning Road NE, Washington D.C. for a report of a vehicle collision with injury. Once on scene, officers met with an individual, later identified as Terry TURNER (hereinafter referred to as "TURNER"), who was reported to be one of the drivers involved in the collision. TURNER was observed standing by a blue 2017 Jaguar XE which displayed Virginia registration TUM8694. A query of the Virginia registration revealed TURNER was listed as the registered owner. While on scene, officers observed a prescription pill bottle with the patient's name scratched off in the center console's cup holder of TURNER's vehicle and a brown bottle underneath the vehicle. Upon further inspection of the brown bottle, officers observed it to be a prescription bottle labeled Promethazine Codeine with the patient's name scratched off. During the course of their investigation, officers recovered an additional prescription bottle labeled Promethazine-Codeine, an orange prescription pill bottle with no label containing unknown white and blue pills, a dark colored prescription bottle labeled Promethazine Hydrochloride and Codeine, and an orange-colored prescription bottle labeled Hydrocodone chlorpheniramine from TURNER's person. During this encounter, TURNER told officers he had recently visited the shooting range implying that there may be a weapon in the car. TURNER was placed under arrest.

Officers subsequently searched TURNER's vehicle. During the search, officers located a Glock magazine in the vehicle's glovebox, and an Anderson Manufacturing model AM-15 multi-caliber pistol[1] (serial number 16388604) in the trunk. The pistol was loaded with one (1) .556 caliber round of ammunition in the chamber and twenty-nine (29) .556 caliber rounds of ammunition in the

---

[1] The Anderson Manufacturing, model AM-15 firearm, was previously referred to as a rifle in the MPD reports and those subsequently submitted by SA Kraus. On 5/16/2023, SA Kraus retrieved the evidence collected from TURNER's arrest from MPD Evidence Control Branch. SA Kraus examined the firearm and determined it was an AR-style pistol, which did not have a shoulder stock and was not manufactured to be fired from the shoulder. Additionally, the firearm was referenced to be .556 caliber, however upon examination, SA Kraus determined that it was originally manufactured to be chambered in multiple calibers.

magazine, which was seated in the firearm. Also located in the vehicle was a list of names, addresses and pharmacy names, and volumes associated with medications, which appeared to be a drug ledger. Officers conducted an inventory of the remaining property on TURNER's person and located three fraudulent driver's licenses which displayed TURNER's photograph, two fraudulent United States of America passport cards which displayed TURNER's photograph, and ten credit cards listed in the names of other individuals, along with approximately $1,240 in U.S. currency.











Six (6) identification cards and nine (9) credit cards were also seized during TURNER's March 3, 2023, arrest. The six (6) seized identification cards all have an identification photo strongly resembling the individual known to agents as TURNER but had different names associated with his picture. Each of the names on the various identification cards were actual and real individuals. All were contacted by the State Department agents and all of the individuals did not give permission or authority for their identities to be used by TURNER. Furthermore, all of the individuals stated that they were unaware that their identities had been stolen by TURNER.

At the time of his arrest on March 3, 2023, TURNER had an active open and deferred indictment (Case # CR19000694-00, CR19000695-00, CR19000696-00) out of Nelson County Sheriff's Office in Virginia. In that case, TURNER was arrested on June 26, 2019, on Virginia State drug possession charges (Case # CR19000694-00, CR19000695-00, CR19000696-00).  On April 7, 2020, TURNER was indicted for the charges of possessing a Schedule I/II controlled substance and he pled guilty on November 7, 2020. The court found sufficient evidence to find TURNER guilty but withheld the findings of guilt and set forth conditions for TURNER as part of a deferred disposition. On September 25, 2023, the deferred disposition was continued to March 26, 2024.

Approximately three weeks after his initial March 3, 2023, arrest, on or about March 24, 2023, Homeland Security Investigations (HSI) Special Agent (SA) Serena Liss was notified by Customs and Border Patrol (CBP) officers that they had detained TURNER at Dulles International Airport (IAD) when he came into the United States on an inbound flight from Colombia. TURNER was referred to the secondary inspection area.

SA Liss and Customs & Border Protection (CBP) officers then conducted a search of TURNER's belongings at the Dulles International Airport and found him to be in possession of two (2) government identification cards from California and Virginia. The documents to be counterfeit identification cards based on the inferior quality and missing government security holograms. None of the counterfeit driver's licenses contained TURNER's information. TURNER was also found in

possession of two skimming machines, as shown in the picture below.



CBP officers advised TURNER of the customs authority to inspect his cellular phones under Title 19 of the U.S.C., but TURNER refused to provide the passcodes to the devices. TURNER was arrested on scene by Metropolitan Washington Airport Authority Police Department on Virginia state charges of Possessing Counterfeited Documents. State Department agents spoke with both victims listed on the counterfeit cards and both victims had no knowledge that TURNER had stolen their identities and both victims did not give permission or authority to TURNER to use their identities.[2]

A search of TURNER'S cell phone uncovered multiple conversations referring to his efforts to obtain, and distribute, controlled substances. TURNER also identified the phone as his "Trap Phone" which law enforcement knows to mean a phone used solely for illegal business. For example, on March 17, 2023, TURNER had a text conversation with telephone number 240-351-6850. TURNER texts the individual, "send name and dob". Evans responds by texting "Arlic Jo***** 01/03/02, Teonnia E**** 8/13/97 OXY" and a photograph of a Georgia driver's license for an individual named Antonio E**** S****. TURNER then texted the individual two photographs of an online prescription confirmation for "Patient: Antonio S****" for "oxycodone HCl 10 MG PO

_____

[2] The California ID is the basis of the wire fraud charge under which TURNER is now indicted because it was utilized in an attempt to purchase a vehicle in Maryland and an apartment lease for a Washington, D.C. apartment.

Tablet" and "Cyclobenzaprine HCl 5MG PO Tablet". In an exchange with another individual with telephone number 202-655-9628, TURNER sends a text message listing eleven names. The 202 number responds to TURNER with corresponding birthdates for each name on the list texted by TURNER. On March 9, 2023, the 202 number texts TURNER two photographs of an online prescription portal for "China M****", who was listed as one of the names and birthdates sent between TURNER and the unknown contact. An example of one the text exchanges is pictured below.



Agents subsequently learned, through looking at the phone seized from TURNER during his March 24, 2023 arrest, that TURNER, purporting to be A***** Bansal, communicated over text message and electronic mail (on or about March 19 and 20th of 2023) with a salesperson at the DARCARS of Rockville Car Dealership. The salesperson was interviewed by agents who provided the identity documentation that was submitted via electronic mail by the individual purporting to be Bansal that they were using as proof of his identification to purchase a vehicle from the dealership.

On or about May 11, 2023, law enforcement conducted an interview with the General Manager and Salesperson of the DARCARS Car Dealership located at 712 Rockville Pike, Rockville, MD 20852.  The salesperson said that, on or about March 19, 2023, an individual purporting to be A***** Bansal reached out via the internet to the DARCARS of Rockville Car Dealership in reference to an interest in purchasing a used 2016 Jaguar XJ.  The salesperson was assigned to Bansal for this transaction and began corresponding via text messages and email with Bansal though email (a***** bansal251@gmail.com) and text message (202-292-8118). The salesperson told SAs he requested that Bansal provide proof of identification and employment, and in response Bansal[3] emailed a photo of a California Driver's License (Y7600980) under name A***** Bansal, and a leave and earnings statement under the same name from company K.J.K Productions, LLC.  Bansal then submitted an application for financing of the vehicle. The salesperson stated that he thought the transaction was suspicious as the driver's license listed a California address, but Bansal claimed he lived at 3** Frederick Ave, Rockville, MD.  The salesperson requested further proof of Maryland residency after which the correspondence between Bansal and the salesperson ceased.

DARCARS provided agents with the email correspondence, credit application, copies of the driver's license, and leave and earnings statement provided by TURNER (Bansal) over email as proof of identity.  The California Driver's License emailed by TURNER (Bansal) to DARCARS, appears to match the fraudulent California Driver's License possessed by TURNER upon his March

---

[3] This ID was recovered from TURNER during one of his arrests.

24, 2023 arrest at IAD. The photo on the driver's license also appears to match TURNER. The email and text message correspondence provided by DARCARS, and obtained via a separate search warrant on Gmail, is consistent with what was discovered on TURNER's phone. From this information it appears TURNER falsely represented himself as A***** Bansal, a real person and that he fraudulently obtained Bansal's personally identifiable information for the purposes of purchasing and financing the 2016 Jaguar. An image of the driver's license and employment records that he provided to the dealership is depicted below.



K.J.K. Productions, LLC 199 East Montgomery Avenue, Suite 102, Rockville MD 20850

| Name | Company | Social Security # | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------------|------------------|----------------|------------|--------------|
| A***** Bansal | K.J.K. Productions, LLC | XXX-X2-0866 | 02/07/2023 | 02/21/2023 | 02/24/2023 | |

| | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|--|-----------|------------|----------------|------------------------------|---------|
| Current | 6,115.38 | 63.20 | 1,796.96 | 0.00 | 4,255.22 |
| YTD | 24,461.52 | 252.80 | 7,189.84 | 0.00 | 17,020.88 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| PTO | | | | | | OASDI | 379.16 | 1,516.64 |
| Salary Base Pay | 02/07/2023-02/21/2023 | 80 | 0 | 6,115.38 | 24,461.52 | Medicare | 88.68 | 354.72 |
| | | | | | | Federal Withholding | 884.96 | 3,539.84 |
| | | | | | | State Tax - MD | 444.66 | 1,778.64 |
| Earnings | | | | 6,115.38 | 24,461.52 | Employee Taxes | 1,796.96 | 7,189.84 |

| Deductions | | |
|------------|--|--|
| Description | Amount | YTD |
| DENTAL | 4.54 | 18.16 |
| HDHP | 55.50 | 222.00 |
| VISION | 3.16 | 12.64 |
| Deductions | 63.20 | 252.80 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|------------------------|--|--|--|---------------|--|--|
| Description | Amount | YTD | | Description | Amount | YTD |
| 2023 ERM | 222.01 | 444.02 | | OASDI - Taxable Wages | 6,115.38 | 24,461.52 |
| | | | | Medicare - Taxable Wages | 6,115.38 | 24,461.52 |
| | | | | Federal Withholding - Taxable Wages | 6,115.38 | 24,461.52 |
| Employer Paid Benefits | 222.01 | 444.02 | | | | |

| Federal | | State |
|---------|--|-------|
| Marital Status | Single or Married filing separately | Single |
| Allowances | 0 | 7 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|--------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Payment Amount |
| Metabank | Metabank ******5410 | ******5410 | | 4,255.22    USD |

On March 19, 2023, the A***** BANSAL name was used to attempt to rent an apartment at 1000 South Capitol Complex in Washington, D.C.  The application was flagged for potential fraud after payment was returned for insufficient funds.  The rental application was ultimately cancelled by the leasing manager because the applicant stopped responding.  Some of the application documents are depicted below:



Law enforcement also discovered that TURNER will occasionally stay at hotels and use fraudulent identities during his stay. For example, records obtained by agents show that TURNER stayed the Residence Inn by Marriott, located at 1199 Vermont Ave NW, Washington D.C. 20005 on the following dates: March 19-21, 2023; April 3-5, 2023; and May 13-16, 2023. Agents reviewed security footage and room key access logs specific to the room TURNER was staying in. A review of security footage coupled with key access log data shows TURNER entering and exiting the hotel throughout his stay. TURNER added the name "Vincent Buckner" to the reservation and provided the number 240-351-8521 as his most current phone number and notchempire@gmail.com as his email address. The notchempire@gmail.com e-mail address is used by TURNER in his Instagram page.

TURNER frequently travels by Amtrak to Philadelphia and New York using fraudulent

identities.  Important to note that the drug ledger recovered from his March 3, 2023, arrest lists several names with DOBs alongside pharmacies located in New York.  For example, law enforcement had an active cell-site location search warrant on his phone number for two days of his Amtrack travel (July 5, 2023 and July 10, 2023). Law enforcement was able to identify him traveling on the Amtrak line on days that the warrant was active while using other people's identities. Additionally, he was traveling with his known partner, A.H. during these trips and using the names Donald Stewart and Joseph Hilton.  Both trips were paid for with the same credit card and associated to TURNER's phone number and his "Canarylltdc" Gmail account.  Images depicting the route he took based on his cell-site location are shown below.

July                                     5,                                     2023:



July 10, 2023:



The cell-site location information is associated with phone number 202-400-7977 which is the number TURNER provided during a secondary inspection at Dulles back in March of 2023.

The Amtrack reservation information is depicted below:

| Last Name | First Name | Birth Date | Ticket No. | Ticket Activity | Train No. | Origin | Scheduled Departure (local time) | Desti-nation | Scheduled Arrival (local time) | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|
| HILT ON | ALEX US | 03/13/1997 | 19051945 38319 | PRT | 175 | NYP | 7/10/23 7:40 PM | WAS | 7/10/23 11:15 PM | CANARYLLTDC@GMAIL.COM |
| HILT ON | JOSE PH | | 19051945 38335 | PRT | 175 | NYP | 7/10/23 7:40 PM | WAS | 7/10/23 11:15 PM | CANARYLLTDC@GMAIL.COM |
| STEW ART | DON ALD | 6/28/1994 | 19051945 38327 | PRT | 175 | NYP | 7/10/23 7:40 PM | WAS | 7/10/23 11:15 PM | CANARYLLTDC@GMAIL.COM |
| HILT ON | ALEX US | 3/13/1997 | 19051945 38319 | ISS | 175 | NYP | 7/10/23 7:40 PM | WAS | 7/10/23 11:15 PM | CANARYLLTDC@GMAIL.COM |
| HILT ON | JOSE PH | | 19051945 38335 | ISS | 175 | NYP | 7/10/23 7:40 PM | WAS | 7/10/23 11:15 PM | CANARYLLTDC@GMAIL.COM |
| STEW ART | DON ALD | 6/28/1994 | 19051945 38327 | ISS | 175 | NYP | 7/10/23 7:40 PM | WAS | 7/10/23 11:15 PM | CANARYLLTDC@GMAIL.COM |
| HILT ON | JOSE PH | | 18616255 93516 | PRT | 212 6 | WA S | 7/5/23 7:35 PM | NYP | 7/5/23 10:26 PM | CANARYLLTDC@GMAIL.COM |
| STEW | DON | 6/28/1 | 18616255 | PRT | 212 | WA | 7/5/23 | NYP | 7/5/23 | CANARYLLTDC@GMAIL.COM |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ART | ALD | 994 | 93508 | | 6 | S | 7:35 PM | | 10:26 PM | |
| HILTON | ALEXUS | 3/13/1997 | 1861625593490 | ISS | 2126 | WAS | 7/5/23 7:35 PM | NYP | 7/5/23 10:26 PM | CANARYLLTDC@GMAIL.COM |
| HILTON | JOSEPH | | 1861625593516 | ISS | 2126 | WAS | 7/5/23 7:35 PM | NYP | 7/5/23 10:26 PM | CANARYLLTDC@GMAIL.COM |
| STEWART | DONALD | 6/28/1994 | 1861625593508 | ISS | 2126 | WAS | 7/5/23 7:35 PM | NYP | 7/5/23 10:26 PM | CANARYLLTDC@GMAIL.COM |

TURNER used a number of different Gmail addresses to conduct his fraudulent activity.  Gmail search warrants were done for the following accounts:  canaryt202@gmail.com; canaryllcdc@gmail.com;  canaryproductions5@gmail.com;  presdan1995@gmail.com; a*****bansal251@gmail.com; notchempire@gmail.com, and notchkickr@gmail.com. The e-mail accounts were tied to TURNER in the following ways:

*notchempire@gmail.com*

This email address was provided in-person by TURNER during check-in at Marriott's Residence Inn Downtown Washington, D.C. and was used by TURNER when booking international flights.  Records show TURNER stayed the Residence Inn by Marriott, located at 1199 Vermont Ave NW, Washington D.C. 20005 on the following dates: March 19-21, 2023; April 3-5, 2023; and May 13-16, 2023. SAs reviewed security footage and room key access logs specific to the room TURNER was staying in.  A review of security footage coupled with key access log data shows TURNER entering and exiting the hotel throughout his stay.  TURNER added the name "Vincent Buckner" to the reservation and provided the number 240-351-8521 as his most current phone number and notchempire@gmail.com as his email address.

*notchkickr@gmail.com*

On or about May 15, 2023, United States Magistrate Judge Zia M. Faruqui signed United States District Court warrant 23-sw-1114 for three Instagram accounts, "@notchkickr", "@carneria", and "@canarywiz", which identified by law enforcement as those being used by TURNER.  In reviewing the search warrant returns provided by Meta, Inc., law enforcement members found that

one of the listed accounts, "@carneria", had a registered email address of notchkickr@gmail.com.

*a*****bansal251@gmail.com*

A review of the cell phone recovered from TURNER during his March 2024 arrest at Dulles airport, and known to be used by TURNER, helped law enforcement identify the email address a*****bansal251@gmail.com, as being used by TURNER in an attempt to fraudulently purchase a vehicle using the identity A***** Bansal. Agents subsequently learned, through the continued investigation into TURNER, that an individual purporting to be A***** BANSAL communicated over text message and electronic mail with a salesperson at the DARCARS of Rockville Car Dealership, using a*****bansal251@gmail.com.

*canaryt202@gmail.com; canaryllcdc@gmail.com; canaryproductions5@gmail.com*

Along with the previously identified email addresses mentioned above, SAs obtained Marriott guest history records which show TURNER using the email addresses canaryt202@gmail.com, presdan1995@gmail.com, canaryproductions5@gmail.com, and canaryllcdc@gmail.com for reservation bookings under the name "Terry TURNER."  TURNER has stayed at Marriott properties in the Washington, D.C. area listing these email addresses at least 13 times from April 2023 to September 2023.

*presdan1995@gmail.com*

TURNER has used the ankushbanksal251@gmail.com account to email presdan1995@gmail.com K.J.K. Entertainment, LLC earning statements for "D***** PRESTON." TURNER uses a template and continuously changes the name and earning information on the paystubs.  Similar earning statements for D***** PRESTON, A***** BANSAL, and Terry TURNER have also been found.  TURNER used this account to communicate with known associates of TURNER and emails containing fraudulent IDs with TURNER's photo on them. Emails found included the stolen 2013 Hyundai Genesis underwriting documents and a Progressive Insurance Card.   An example of a fraudulent identity card containing TURNER's photograph was found in the search warrant return for Presdan1995@gmail.com is depicted below:



This identity was later used to fraudulently purchase a 2013 Hyundai Genesis that is the basis of the stolen vehicle charge under which he is currently indicted.

On or about September 19, 2023, Terry TURNER met with an employee of Washington Blvd Motors located at 3210 10th Street N, in Arlington, VA.  During that meeting TURNER identified himself as D***** Preston.  TURNER, using Preston's ID, provided a fraudulent cashier's check for $3,500 from CHASE Bank (CHASE has identified this check as fake).  TURNER, using Preston's ID, then provided a credit application and signed various forms for the purchase of the vehicle (White 2013 Hyundai Genesis VIN:KMHGC4DD7DU244961).

On or about September 25, 2023, the dealership learned that the checks were fake and attempted to have Turner return the vehicle by notifying him of the bad checks and asked that he return the car or that they would report it stolen to the police.  He failed to return the car and they reported the car stolen.

On or about October 12, 2023, TURNER was observed parked in the vehicle in Bordentown Township in New Jersey.  Police approached TURNER and attempted to identify him. During that encounter, TURNER put the vehicle in drive and fled the location. Police attempted to follow him but were unsuccessful.  On or about November 30, 2023, TURNER was approached in PG county, Maryland.  PG Police attempted to stop his vehicle but he fled and entered Washington, D.C.  Washington, D.C.  MPD officers continued to try and stop TURNER's vehicle.  At that time,

TURNER stopped the vehicle at 800 Kenilworth Ave NE, Washington, DC, and ran across all lanes of traffic on 295, towards the train tracks where he was ultimately apprehended.  On his person, law enforcement discovered that TURNER had a medication bottle with the name of Terry C Turner in the vehicle along with 1 Glock 10mm magazine loaded with 10 rounds of 10mm ammunition, 1 loose 10mm round, and 1 Winchester box of ammunition (20 rounds of 10mm).  Additionally, inside the vehicle, law enforcement found a warranty disclaimer addressed to D***** Preston at 4015 Plyers Mill Road Kensington MD 20895 signed by "D***** Preston" in the vehicle as well as a fraudulent CHASE Cashier's Check for $9,275 addressed to Liljenquist and Beckstead Jewlers.  Agents spoke with Liljenquist and Beckstead Jewlers located in Tyson's Corner, Virginia and they confirmed that TURNER had attempted to purchase jewelry with a personal check but that they informed him that he would have to return with a cashier's check.  A picture from the New Jersey police bodycam captured an image of TURNER in the stolen vehicle and is depicted below:




On January 11, 2024, the Defendant was indicted (23-cr-26) in Washington, D.C. District Court for one count of Unlawful Possession of a Firearm by an Individual Under Felony Indictment, in violation of 18 U.S.C. § 922(n); one count of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1); one count of Wire Fraud, in violation of 18 U.S.C. § 1343, and one count of Interstate Transportation of a Stolen Motor Vehicle, in violation of 18 U.S.C. § 2312.

On January 17, 2024, law enforcement arrested TURNER on the instant indictment.  While in Arlington police custody, TURNER signed a Miranda form and agreed to speak with agents

involved in the investigation.  Over the course of approximately one hour, agents provided details regarding the year long investigation into TURNER and some of the charges he was facing in the current indictment.  Shortly after agents left the room, a visibly frustrated TURNER began furiously punching the desk, kicking various objects in the room, throwing a chair at wall and at the floor (causing over $1,000 worth of damage), and TURNER punched the wall.

Shortly thereafter, he was transferred to Alexandria correctional facility.  While there, the United States Marshals were forced to utilize pepper spray when TURNER barricaded himself in the cell and covered the security camera in the room.  TURNER is now facing four additional criminal charges in Arlington, VA, and warrants have been issued for his arrest.  A copy of the USMS report is attached as Exhibit 1.

On January 18, 2024, the Defendant made an Initial Appearance on his Indictment.

## LEGAL STANDARD

This Court may detain a defendant upon motion of the government in a case that involves "any felony that is not otherwise a crime of violence that … involves the possession or use of a firearm …." 18 U.S.C. § 3142(f)(1)(E).  The government retains the ultimate burden of persuasion by clear and convincing evidence that the defendant presents a danger to the community and by the lesser standard of a preponderance of the evidence that the defendant presents a risk of flight – even where it is presumed that those standards are satisfied.   Relevant to that ultimate determination are the usual factors under 18 U.S.C. § 3142(g) – namely, (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the person; (3) the history and characteristics of the person, including the person's past conduct and criminal history; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

The Court may also detain a defendant upon motion of the government or the Court's own motion in a case that involves a "serious risk" that the defendant "will flee."  18 U.S.C. § 3142(f)(2)(A).  Where "risk of flight" is the basis for detention, the presumption of detention

does not apply, but the government must only prove that no conditions will reasonably assure the defendant's appearance or community safety by a preponderance of the evidence standard – not clear and convincing evidence.   *See United States v. Xulam*, 84 F.3d 441, 442 (D.C. Cir. 1996).

## **ARGUMENT**

Here, the defendant is charged with any felony that is not otherwise a crime of violence that … involves the possession or use of a firearm.  The defendant is both a danger to the community and a risk of flight.  Therefore, the Government respectfully submits that there is no condition or combination of conditions that would assure the safety of the community.

### I.    **Nature and Circumstances of the Offense Charged**

The nature and circumstances of the charged offense weigh in favor of detention.  TURNER has been found on two occasions with firearms or ammunition while under indictment.

In the March 3, 2023 incident, TURNER had an Anderson Manufacturing model AM-15 multi-caliber pistol (serial number 16388604) in the trunk.  The pistol was loaded with one (1) .556 caliber round of ammunition in the chamber and twenty-nine (29) .556 caliber rounds of ammunition in the magazine, which was seated in the firearm.

When he was arrested in November 30, 2023, MPD officers found ammunition in his stolen vehicle but could not locate a firearm.  Given that TURNER ran from police during the initial stop, and there is ammunition in his vehicle, it is reasonable to believe that he had a firearm at that time as well.  TURNER's unlawful possession of this loaded firearm is a serious offense that places the community at risk.  *See United States v. Gassaway*, No. 21-cv-550, 2021 WL 4206616, at *3 (D.D.C. Sept. 16, 2021) ("This Court agrees with other courts in this district that unlawfully carrying a concealed or loaded firearm in public poses a risk of danger to the public," and collecting cases).

But this case involves more than possession of a firearm.  The Defendant had numerous prescription bottles and law enforcement obtained text messages indicating he was illegally distributing narcotics to others, which only increases the dangerous nature of these offenses. The Supreme Court has noted that "drugs and guns are a dangerous combination." *Smith v. United*

*States*, 508 U.S. 223, 239 (1993).  Whether they are used as "a medium of exchange for drugs sold illegally or as a means to protect the transaction or dealers, their introduction to the scene of drug transactions dramatically heightens the danger to society."  *Id.* at 239.  In short, the evidence indicates that the Defendant brazenly transacts for his livelihood in distributor quantities of illegal narcotics.

Additionally, TURNER is charged with wire fraud and a stolen vehicle, both crimes that were facilitated through TURNER's identity theft of two separate individuals.  The investigation is ongoing, and the USAO-DC anticipates bringing additional charges related to the multiple identities utilized by TURNER over the yearlong investigation.

There is evidence that the Defendant is actively involved in the identity theft of numerous individuals.  There is also evidence that he uses other identities to stay at hotels, use Amtrak to cross state line, buy vehicles, lease apartments, etc.  Additionally, legally obtained records from his cell phone and social media indicate that he distributes illegally obtained controlled substances to others for profit.

## II.     The Weight of the Evidence Against the Defendant

The second factor for the Court's consideration, the weight of the evidence, also clearly weighs in favor of detention. This case involves an indictment for which a grand jury found probable cause that the Defendant was illegally in possession of a firearm while under indictment, that he used stolen identities to commit various crimes, and that he transported a stolen vehicle across state lines while attempting to flee police.  The evidence against the Defendant is strong. First, law enforcement found the firearm in TURNER's vehicle during the initial stop on March 3, 2023, and he informed officers he was at a shooting range earlier that day, thereby acknowledging possession of that firearm. Additionally, the evidence of stolen identifications is apparent throughout his life as he is always seemingly arrested in possession of fraudulent identity documents. Additionally, the stolen vehicle he was in had documents in another individual's name, Preston, for which a driver's license containing TURNER's picture and Preston's identity was found in his Gmail account.

### III.    The Defendant's History and Characteristics

The third factor, the history and characteristics of the defendant, similarly weighs in favor of detention.  This Court considers, among other factors, "the defendant's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, [and] criminal history."  *United States v. Taylor*, 289 F. Supp. 3d 55, 69 (D.D.C. 2018).   This Court in considering pretrial detention "may also consider prior arrests or charges brought against a defendant, even when those actions did not result in convictions."  *See id.* at 70.

The defendant's history and characteristics weigh in favor of detention.  According to the defendant's Pretrial Services Report, the defendant has two prior convictions, eight pending cases, and nineteen prior arrests.

The defendant also displays a lack of respect for law enforcement and the rule of law.  When he was arrested in the instant case, he failed to follow law enforcement commands in two separate places, Arlington PD, and Alexandria detention facility, thereby further evincing his lack of character as a violent individual.  Lastly, the very fact that he fled police in a stolen vehicle in New Jersey, Maryland, and Washington, D.C. indicates that he would likely flee if released in this case.

### IV.    Danger to the Community

Finally, the nature and seriousness of the danger to any person or the community posed by the defendant's release are grave.  The Defendant possessed a firearm designed to kill and maim, which evinces a level of dangerousness that cannot be mitigated by less restrictive conditions or combinations thereof. *Compare United States v. Howard*, No. 20-mj-181 (BAH), 2020 WL 5642288, at *3 (D.D.C. Sept. 21, 2020) (noting that "[i]llegally possessing a concealed firearm in public where other people are congregated, as alleged, poses an inherent risk of danger to the community.").  The defendant was actively using fraudulent identities to steal cars and to apply for a lease on an apartment.  The defendant was also apparently using fraudulent identities to obtain and traffic in narcotics.

Additionally, the dangerousness of the Defendant's conduct and of his overall danger to the community is demonstrated by the fact that the Defendant faces a mandatory minimum sentence of two years in prison if convicted on the aggravated identity theft.  His dangerousness is further highlighted by his apparent drug trafficking activities and his fleeing of police. Additionally, when under arrest and while at two law enforcement facilities, Defendant continued to commit acts of violence and disobey law enforcement which has now led to additional charges in Virginia.

**Flight Risk**

The defendant is also a significant risk of flight.  When he was stopped entering the country at Dulles airport, he was in possession of two high quality fraudulent passport cards.  He travels internationally and has repeatedly shown that he has no compunction about using fraudulent identities to stay at hotels.

In addition, he has twice fled from law enforcement: once in New Jersey and once in Maryland leading to a pursuit that finally ended in Washington, DC.

Finally it is important to note the defendant's lack of respect for the court and the legal process as the defendant was apparently on release for numerous offenses in several jurisdictions while he committed the offenses for which he was indicted.

## CONCLUSION

In light of all of the above, there is no condition or combination of conditions that will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

WHEREFORE, the government respectfully requests that the Court grant the Government's motion to detain the Defendant pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar 481052

By:   */s/ Peter V. Roman*

Peter Roman
Assistant United States Attorney
D.C. Bar Number 986994
United States Attorney's Office
601 D Street, NW
Washington, D.C.  20530
Telephone: (202) 252-7115
Email: peter.roman@usdoj.gov