UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim. No. 24-cr-26 (APM) |
| TERRY TURNER, : | |
| : | |
| Defendant. : | |

**APPENDIX A: JOINT PROPOSED STATEMENT OF CASE**

The parties, by and through their attorneys, respectfully submit the following statement of the case for jury selection on August 25, 2025:

This is a criminal case entitled *United States* v. *Terry Turner*. It arises out of three incidents in 2023 where the government alleges that Mr. Turner used false identifications in connection with other crimes: (1) a March 3, 2023 car accident at the intersection of 14th Street NE and Benning Road NE where – among other things – false identifications, drugs, and a gun were found; (2) a March 19, 2023 attempt to obtain a residential lease at the apartment complex at 1000 South Capitol Street using a false identity; and (3) a November 30, 2023 chase between Maryland and Washington, D.C. of a Hyundai Genesis that was allegedly stolen by the defendant using a false identity. Mr. Turner is charged with eight counts across those three incidents. In the first three counts, Mr. Turner is charged with unlawful possession with intent to distribute hydrocodone, alprazolam, and promethazine with codeine. Fourth, he is charged with using, carrying, or possessing a firearm in furtherance of a drug trafficking offense. Fifth, he is charged with possession with intent to use five or more false identification documents. Sixth, he is charged with aggravated identity theft. Seventh, he is charged with wire fraud. And eighth, he is charged with interstate transportation of a stolen motor vehicle. Mr. Turner maintains his innocence and has pleaded not guilty to all charges.

1